Order on Chapter 13 Debtor's Motion – Page 1                    F 3015-1.14



| In re: | CHAPTER 13 TRUSTEE |
|---|---|
| RONALD D BARBER | CASE NUMBER 10-16754-MJ |
| Debtor(s). | |

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Rod Danielson
4361 Latham Street, Ste. 270
Riverside, CA 92501
OFFICE # (951) 826-8000
FAX # (951) 826-8090

☐ Attorney for
☐ Pro Se Debtor
X Chapter 13 Trustee

FOR COURT USE ONLY

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

CHAPTER 13

CASE NUMBER 10-16754-MJ

In re:

RONALD D BARBER

Debtor(s).

(No Hearing Required)

## ORDER DISMISSING CHAPTER 13 CASE

There being no opposition to the Chapter 13 Trustee's motion to dismiss filed on **7/15/2010**

IT IS HEREBY ORDERED that the Trustee's motion is GRANTED, and the case is dismissed, without prejudice.

Dated: AUG 06 2010

_____
UNITED STATES BANKRUPTCY JUDGE